LAW OFFICES OF THOMAS MARC LITTON
THOMAS MARC LITTON (SBN 119985)
Email:  marc@littonlaw.com
1 Sansome Street, Suite 3500
San Francisco, California 94104
Telephone:   (415) 421-4774
Facsimile:   (587) 415-4223

Attorneys for Plaintiff
RUTH HILLIARD

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email:  glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email:  bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH HILLIARD,<br><br>              Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., dba "The Home Depot," and DOES 1 to 20, inclusive and each of them,<br><br>              Defendants. | Case No. 2:21-cv-01185-WBS-AC<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program, specifically mediation.

DATED: Feb. 21, 2023            _____*Thomas Marc Litton*_____

                                                         Thomas Marc Litton,
                                                         Attorney for Plaintiff, Ruth Hilliard

1

1

DATED: Feb. 21, 2023

2

*Brian H. Chun*

_____

Brian H. Chun,
Attorney for Defendant, Home Depot U.S.A., Inc.

3

4   IT IS SO ORDERED.

5

6

7   Dated:  February 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28